■ In the Matter of LORS GRILL, INC., Petitioner, against THOMAS E. ROHAN et al., Constituting the NEW YORK STATE LIQUOR AUTHORITY, Respondents.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of JOSEPH BONANNO, Petitioner, against NEW YORK STATE DEPARTMENT OF SOCIAL WELFARE, COMMISSION FOR THE BLIND, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of JOSEPH BONANNO, Petitioner, against NEW YORK STATE DEPARTMENT OF SOCIAL WELFARE, COMMISSION FOR THE BLIND, Respondent.— Motion for stay dismissed, having become academic by virtue of the decision of this court in *Matter of Bonanno* v. *New York State Dept. of Social Welfare* (9 A D 2d 735). Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ EDITH CARVAINIS et al., Plaintiffs, v. MONTEFIORE HOSPITAL FOR CHRONIC DISEASES et al., Defendants. MORTIMER L. MARK et al., Appellants, and PHILIP GLOTZER, Respondent.— Order so far as appealed from unanimously affirmed, without costs. As we construe the third-party complaint the third-party plaintiff could be found guilty merely of secondary negligence whereas the third-party defendant could be found guilty of primary negligence. In the circumstances the third-party complaint should not be dismissed. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIMM GEE, Appellant.— Judgment unanimously reversed, on the law and on the facts, and the information dismissed. Viewed in the light of all the circumstances surrounding the dispute over the rebate claimed for the alleged damage to the laundry and the tussle over the possession of the heavy laundry bundle, the evidence failed to establish the guilt of the defendant-appellant beyond a reasonable doubt. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ AMERICAN BROADCASTING-PARAMOUNT THEATRES, INC., Respondent-Appellant, v. BEN FRYE et al., Appellants-Respondents.— Judgment so far as appealed from unanimously affirmed, without costs. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH DRESCHER, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS FULLER, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ. [See *post*, p. 737.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVESTER BRENIAK, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BLACKNEY, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of the Estate of PHILIP LIBERMAN, Deceased. NORMAN J. LIBERMAN et al., Individually and as Executors and Trustees under the Will of PHILIP LIBERMAN, Deceased, et al., Appellants; BERTHA LIBERMAN, Respondent.— The Court of Appeals (6 N Y 2d 525), by order dated July 8, 1959, having reversed, on the law, the order of this court (7 A D 2d 206) entered January 27,